```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**RUBEN SETZER**                                                    **PLAINTIFF**

       v.       Civil No. 10-5151

**ARAMARK CORRECTIONAL
SERVICES; and SONIA JENNINGS**                                      **DEFENDANTS**

## O R D E R

Now on this 23rd day of January, 2012, come on for consideration defendants' **Motion For Summary Judgment** (document #26) and the **Report And Recommendation Of The Magistrate Judge** (document #32). No objections have been made to the Report And Recommendation, and the Court, having carefully reviewed it, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendants' **Motion For Summary Judgment** (document #26) is **denied**.

IT IS SO ORDERED.

                              /s/ Jimm Larry Hendren
                            **JIMM LARRY HENDREN
                            UNITED STATES DISTRICT JUDGE**